

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHESAPEAKE EXPLORATION, L.L.C., CHESAPEAKE OPERATING, INC., ANADARKO PETROLEUM CORPORATION, and SWEPI, L.P., | § § | |
| Appellants, | § | No. 08-13-00266-CV |
| v. | § | Appeal from the |
| | § | |
| ENERGEN RESOURCES CORPORATION, KAISER FRANCIS OIL COMPANY, PRIDE ENERGY COMPANY, CROWN OIL PARTNERS, IV, L.P., CRUMP ENERGY PARTNERS, L.L.C., DALTON H. COBB, JR., MICHAEL B. COBB, BILL HIGHTTOWER, and HIGHTOWER EXPLORATION, L.L.C., | § § § § | 143rd Judicial District Court of Ward County, Texas (TC# 12-01-22742-CVW) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the order granting summary judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all cost, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF OCTOBER, 2014.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)